

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chad Clarke | Civil Action No.   13-cv-1408-GPC-RBB |
| Plaintiff,<br>V. | |
| Windham Professionals, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

All parties and claims in this action are Dismissed With Prejudice, with each party to bear its own attorney fees and costs.

Date:        4/2/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/  S. Melvin

S. Melvin, Deputy